# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES WILLIAMS,**
      **Plaintiff,**

     v.                                                                           **Case No. 14-C-1095**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
      **Defendant.**

## ORDER

Plaintiff James Williams seeks judicial review of the denial of his application for social security disability benefits. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that he meets the requirements of § 1915(a). Plaintiff avers that he is unemployed, with income limited to public assistance and VA benefits, which is more than subsumed by monthly expenses. He owns a vehicle, but it is 18 years old, and a residence, but the mortgage balance far exceeds the value. He has no other valuable property. Finally, plaintiff avers that he believes he is entitled to the relief sought in the complaint, and on review of the complaint the court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed in forma pauperis (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 15th day of September, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge