# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES WILLIAMS,**
        **Plaintiff,**

    v.                                   **Case No. 14-C-1095**

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security Administration**
        **Defendant.**

## ORDER

On February 9, 2015, the Commissioner filed a motion to remand this case for further proceedings. The motion indicated that the Commissioner attempted to negotiate a joint stipulation for remand but was unable to reach agreement with plaintiff. On February 12, I ordered plaintiff to respond. In his February 17 response, plaintiff indicates that he is amenable to remand but asks that more definitive language be used in the remand order. His proposed order includes the directives from the Commissioner's proposal, as well as additional directives regarding scheduling on remand, evaluation of daily activities, and consideration of plaintiff's receipt of unemployment benefits. The Commissioner shall file any objections to plaintiff's proposed order on or before **March 3, 2015**.

    **SO ORDERED**.

    Dated at Milwaukee, Wisconsin this 26th day of February, 2015.

                                              /s Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge